**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 1:22-cv-01114-AMD-TAM |
| | : | |
| PIETRO MANETTA, | : | |
| | : | |
| Defendant. | : | |

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

COMES NOW Plaintiff Joe Hand Promotions, Inc. ("Plaintiff") by and through its attorneys and respectfully moves this Court, pursuant to Fed. R. Civ. P. 55(b)(2), for entry of Judgment on Default against Defendant Pietro Manetta (hereinafter "Defendant") because Defendant has failed to answer, plead, or otherwise respond to Plaintiff's Complaint.

## EVIDENCE RELIED UPON

This motion is based upon the Declaration of Jon D. Jekielek, the Affidavit of Joseph P. Hand, III, the Affidavit of Gary Joseph, Memorandum of Points and Authorities in support of Plaintiff's Motion for Default Judgment, the proposed order granting judgment on default, the Rate Card for the *Ultimate Fighting Championship® 235: Jon Jones vs. Anthony Smith* broadcast, the Commercial Licensing Agreement for the *Ultimate Fighting Championship® 235: Jon Jones vs. Anthony Smith* broadcast and the pleadings and records on file with the court in this action.

**BACKGROUND AND ARGUMENT**

This action involves a claim for damages by Plaintiff Joe Hand Promotions, Inc. against Defendant for misappropriation of the *Ultimate Fighting Championship® 235: Jon Jones vs. Anthony Smith* broadcast, scheduled for March 2, 2019, in violation of 47 U.S.C. § 605, *et seq.*, and 47 U.S.C. § 553, *et seq.* Plaintiff served the Summons and Complaint upon Defendant Pietro Manetta on May 31, 2022. *See* Doc. No. 5.

Fed. R. Civ. P. 12(a)(1) provides that a defendant shall provide an answer within twenty-one (21) days of being served with a summons and complaint. Accordingly, Defendant Pietro Manetta was required to file an answer no later than June 21, 2022. Defendant failed to appear, answer, or otherwise respond to the Summons and Complaint. Upon the failure of the Defendant to timely file a responsive pleading, a Request for Certificate of Default against Defendant was filed on July 14, 2022. *See* Doc. No. 7. On July 21, 2022, Default was entered against Defendant Pietro Manetta. *See* Doc. No. 8. Plaintiff now files the instant Motion for Default Judgment. Accordingly, Plaintiff is entitled to a Judgment on default pursuant to Fed. R. Civ. P. 55(b)(2).

**CONCLUSION**

Over 21 days have passed since Defendant was served with the Summons and Complaint. Defendant has not answered and no counsel has entered an appearance in this Court on their behalf. Default was entered against Defendant on July 21, 2022. Accordingly, the Plaintiff is entitled to a Judgment on Default. A proposed Order is attached herewith.

Respectfully submitted,

Dated: October 18, 2022                    By:    /s/ Jon D. Jekielek
                                                  Jon D. Jekielek, Esq.
                                                  Jekielek & Janis
                                                  31 Cloverhill Place, Floor 1
                                                  Montclair, NJ 07042
                                                  T: (212) 686-7008
                                                  jon@jj-lawyers.com

                                                  Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Plaintiff's Motion for Default Judgment and accompanying documents was served on the 18th day of October, 2022, via First Class US MAIL, postage prepaid on the parties below:

Pietro Manetta
6054 69th Place #2
Maspeth, NY 11378

Dated: October 18, 2022                    By:    /s/ Jon D. Jekielek
                                                  Jon D. Jekielek, Esq.
                                                  Jekielek & Janis
                                                  31 Cloverhill Place, Floor 1
                                                  Montclair, NJ 07042
                                                  T: (212) 686-7008
                                                  jon@jj-lawyers.com

                                                  Attorneys for Plaintiff