

**CELEBRATING EXCELLENCE IN SPORTS PROMOTION SINCE 1971**

**UFC Non-Subscription Pay Per View Rates - 2019**

| Fire Code Occupancy (FCO) | | Rate Card |
|---|---|---|
| 0-50 | | $ 866 |
| 51-75 | | $ 980 |
| 76-100 | | $ 1,095 |
| 101-125 | | $ 1,270 |
| 126-150 | | $ 1,445 |
| 151-175 | | $ 1,620 |
| 176-200 | | $ 1,850 |
| 201-225 | | $ 2,080 |
| 226-250 | | $ 2,310 |
| 251-300 | | $ 2,600 |
| 301-350 | | $ 3,000 |
| 351-400 | | $ 3,465 |
| 401-450 | | $ 3,870 |
| 451-500 | | $ 4,330 |

## Contact Joe Hand Promotions

### 1-800-557-4263

407 E. Pennsylvania Blvd ★ Feasterville, PA 19053 ★ P 215.364.9000 ★ F 866.376.8117

**JOEHANDPROMOTIONS.COM**