## PIRACY AFFIDAVIT

**STATE OF: NEW YORK**

**COUNTY OF: QUEENS**

I, the undersigned, being duly sworn according to law, deposes and says, that on **1/19/19**, I entered the commercial establishment known as **M.I.A**, located at **27-35 21ST ST** City **ASTORIA** State **NY**, at approximately **11:10 PM**. This establishment is described as a **9** story building with **UNK** apartment(s) on top of the establishment.

I paid the sum of $ **ZERO** cover charge to enter the establishment. The doorperson is described as **N/A**

I ordered a **MARGARITA** from the waitress, whose name was **UNK** and is described as **FEMALE, HISPANIC, 28 YEARS OLD, 5'3", 120 LBS, LONG DARK HAIR** wearing **GLASSES, BLACK SHIRT & BLACK PANTS.**

I observed **2** television sets, which are described as: size **55** make **UNK** each of which is located in the following position within the establishment **BEHIND BAR & PROJECTOR.**

On the television sets I observed the **1ST round** of the match between the following fighters **ROBBIE LAWLER VS BEN ASKREN.**

**LAWLER** was wearing **BLACK** trunks and **ASKREN** was wearing **GRAY** trunks.

I also observed **the following action in the ring:**
**FIGHTERS ENTERING THE RING & KICKS & PUNCHES EXCHANGED BETWEEN LAWLER & ASKREN.**

I also observed the following logo(s) on the screen: **UFC LOGO**.

The inside of the establishment can be described as follows: **LARGE "L" SHAPED BAR LEFT OF ENTRANCE, HIGH TOP TABLE & CHAIRS RIGHT OF ENTRANCE, BRICK & GRAY WALLS, BRICK WALL BEHIND BAR, CIRCULAR LIGHT FIXTURES WITH EXPOSED BULBS ON CEILING, JUKE BOX, ARTWORK ON WALLS**

In my opinion, the approximate capacity of this establishment is **75** people. At the time I was in the establishment, I took three head counts. I counted approximately **40** people on the first count, **40** people on the second count, and **40** people on the third count.

I left the establishment at approximately **11:25 PM** .

I took **2** pictures of the outside of the above described establishment **on 3/2/19 date and at approximately 11:08 PM** and **1** video of the inside of the above described establishment **on 3/2/19 date and at approximately 11:16 PM** which are attached hereto and made a part hereof and are intended to substantiate and verify the location of my observations as described herein.

There was not a parking lot adjacent to the establishment in which I noted the following vehicles by their make/model/ color and license plates : **N/A**

Dated: 3/11/, 2019

Signed:

Print Name: GARY JOSEPH
Agency: OMNI PRESENT INVESTIGATIONS
Address: 256 SUNRISE HWY, STE 1-344
City/State/Zip: ROCKVILLE CENTRE, NY, 11570
Phone/fax: 516-369-1920/516-632-8690
PI # 11000120623

State of New York )
        ) ss.:
County of Nassau )

On the 11 day of March, **2019**, before me, the undersigned, a Notary Public in and for said State, personally appeared, Gary Joseph , personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

Notary Public

ELIZABETH MOGILNER
Notary Public, State of New York
Reg. No. 01MO6382796
Qualified in Nassau County
Commission Expires 11/06/2022