# EXHIBIT B





**M.I.A Restaurant Lounge**

@M.I.A.RestaurantLounge

- Home
- Reviews
- Photos
- Posts
- Videos
- Events
- About
- Community
- Info and Ads

**Create a Page**

Like    Follow    Share

Send Message

---

807 people follow this

**About**    See All



27-35 21st Street (71.29 mi)
Astoria, New York 11102
Get Directions

(718) 650-9848

**Send Message**

Lounge · Hookah Lounge · American Restaurant

Hours 2:00 PM - 4:00 AM
Open Now

Suggest Edits

---

**M.I.A Restaurant Lounge**
3 hrs · 🌐

🔴🔴Another Saturday🔴🔴 @m.i.a_restaurant_lounge
Bringing you the best of UFC and entertainment. 💣 JONES vs. SMITH 💉
shown on a 120inch screen, can't beat that.
🔷Lights Camera Action🎥
🙏No Cover😦
🚗Free Valet🚗
🍵Kitchen Open Late 🍜
👀 Dress Code: Neat But Casual.🎩
Fresh Fruit Hookah. Drink Specials. Bottle Service.

..............................  ..............................
House | Hip-Hop | Reggae | Latin | Top-40
..............................  ..............................
@djlarrynyc On Set 11-4am
..............................  ..............................
#letsgo #internationalsaturdays #Music #allnight #lounge #nyc #ufc #jones #smith #astoria #dj #larrygotmelike #youalreadyknow #livinlikelarry



---

**Related Pages**

**Memories Bar Shevroja**    👍 Like
Pub

**Luna Cafe**    👍 Like
Coffee Shop

**Tradita Brick Oven Pizza**    👍 Like
Pizza Place

**Lounges in Astoria, New York**

---

English (US) · Español · Português (Brasil) · Français (France) · Deutsch    +

Privacy · Terms · Advertising · Ad Choices ▷
Cookies · More ▾
Facebook © 2019