# EXHIBIT C



Andrew M. Cuomo, Governor
Vincent G. Bradley, Chairman
Greeley T. Ford, Commissioner

**Home**

**Public License Query**

**Wholesale**





Forms Quick-Find:  Wholesale Forms  Retail Forms

Help

**Public Query - Results**

License Information

| | |
|---|---|
| Serial Number: | 1298167 |
| License Type: | ON-PREMISES LIQUOR |
| License Status: | License is Active |
| Credit Group: | 3 |
| Filing Date: | 10/27/2016 |
| Effective Date: | 01/06/2017 |
| Expiration Date: | 12/31/2018 |

Premises Information

| | |
|---|---|
| Principal's Name: | MANETTA, PIETRO |
| Premises Name: | TRIANGLE EATERY & BAR LLC 34 |
| Trade Name: | M I A MADE IN ASTORIA |
| Zone: | 1 |
| Address: | 27-35 21ST ST |
| | ASTORIA, NY 11102 |
| County: | QUEENS |

You can select one of the following links to perform another search:

- Search by Name
- Search by License Number
- Search by Location
- Search by Principal
- Advance Search

Disclaimers  |  Confidentiality  |  Privacy  |  Security
New York State Liquor Authority • 80 S. Swan Street • 9th Floor • Albany, New York • 12210-8002