# EXHIBIT D

| Date | Matter | Work Performed | Time Spent |
|---|---|---|---|
| 03/06/19 | P-NY-235 | Initial File Review. | 0.3 |
| 03/02/22 | P-NY-235 | File review, prepare Complaint for filing and file. | 0.7 |
| 06/07/22 | P-NY-235 | Review and file executed Summons. | 0.2 |
| 06/23/22 | P-NY-235 | Review June 23, 2022 Status Report Order. | 0.1 |
| 07/14/22 | P-NY-235 | Prepare and file Request for Certificate of Default. | 0.6 |
| 08/22/22 | P-NY-235 | Review August 22, 2022 Status Report Order. | 0.1 |
| 09/13/22 | P-NY-235 | File Notice of Voluntary Dismissal. | 0.1 |
| 09/14/22 | P-NY-235 | Review September 14, 2022 Order. | 0.1 |
| 09/22/22 | P-NY-235 | Research, prepare and file Motion for Default Judgment. | 1.9 |
|  |  | **TOTAL HOURS** | **4.1** |