# EXHIBIT E

**Meridian Investigations & Security**

48 Davis Avenue
Port Washington, NY  11050 US
(516) 822-7070
contact@meridian-inv.com
www.meridianinvestigationsny.com

# Invoice



| BILL TO |
|---|
| JEKIELEK & JANIS LLP |
| 203 E. Pennsylvania Blvd. |
| Feasterville, PA  19053 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 10725 | 06/02/2022 | $155.00 | 06/17/2022 | Net 15 | |

EIN:
22-39675558

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Receipt of Assignment | RE:<br>JOE HAND PROMOTIONS vs TRIANGLE EATERY & BAR, LLC d/b/a MIA MADE IN ASTORIA, PIETRO MANETTA USDCS EDNY_1:22cv-1114 AMD-TAM | | | |
| | Service of Summons | Service of Summons in a Civil Action and Complaint upon<br><br>Triangle Eatery & Bar, LLC d/b/a M.I.A. Made in Astoria and Pietro Manetta<br><br>6054 69th Place #2 Maspeth, NY 11378 | 1 | 155.00 | 155.00 |

Thank you for your business.

BALANCE DUE                                      **$155.00**